UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

)

Plaintiff,

)
)
)

vs.

)
)
)

BRUCE HAROLD  DONAHUE JR

)
)
)

Defendant.

)
)

CR 04-01580-001-TUC-DCB(JCC)

MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION
UPON A PLEA OF GUILTY

        Upon Defendant's request to enter a plea of Guilty pursuant to Rule 11

of the Federal Rules of Criminal Procedure, this matter was referred to the

Magistrate Judge by the District Court, with the written consents of the

Defendant, counsel for the Defendant, and counsel for the United States.

        Thereafter, the matter came on for a hearing on Defendant's plea of

Guilty to one-count indictment which charges 21:841(a)(1)(b)(1)(B)(vii);

Possession with Intent to Distribute Marijuana in full compliance with Rule

11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open

court and on the record.

        In consideration of that hearing and the allocution made by the

Defendant under oath on the record and in the presence of counsel, and the

remarks of the Assistant United States Attorney,

        (A)  I FIND as follows:

                ☒    that Defendant is competent to plead;

                ☒    that Defendant understands his/her right to trial;

                ☒    that Defendant understands what the minimum mandatory and

maximum possible sentence is, including the effect of the supervised release

term, and defendant understands that the sentencing guidelines apply and that

the court may depart from those guidelines under some circumstances;

Counsel: Andrew Klausner; AUSA: Raquel Arellano; -DCB(JCC)



CR 04-01580-TUC-DCB(JCC) , pg. 2

      ☒    that the plea of Guilty by the Defendant has been knowingly and voluntarily made and is not the result of force or threats or of promises apart from the plea agreement between the parties;

      ☒    that Defendant understands the nature of the charge against him/her;

      ☒    that Defendant understands that his/her answers may later be used against him/her in a prosecution for perjury or false statement; and

      ☒    that there is a factual basis for the Defendant's plea;

      ☒    that the defendant knowingly, intelligently and voluntarily waived his/her right to appeal his conviction and appeal any sentence imposed if it is within the range permitted by the plea agreement;

         and further,

(B)    I RECOMMEND that the District Court accept the Defendant's plea of Guilty to one-count indictment which charges 21:841(a)(1)(b)(1)(B)(vii); Possession with Intent to Distribute Marijuana.

(C)    The parties have ten (10) days from the date of service of this Report and Recommendation to file written objections with the District Court.

    DATED:   12/8/04 .

                                     _____

                  UNITED STATES MAGISTRATE JUDGE