IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF ARIZONA

Tucson

**CRIMINAL MINUTES**

MAR 31 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

CASE NUMBER: CR 04-01580-001-TUC-DCB(JCC)
Date: 3/29/2005

Hon. MARVIN E. ASPEN, United States District Judge    Judge #: 7127

USA v. BRUCE HAROLD DONAHUE JR

DEFENDANT: ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Writ

Deputy Clerk: Gladys Lugo           Crt Rptr: _____ Recorded
U.S. Atty: Raquel Arellano          Intrptr: N/A
Dft Atty: Andrew Klausner, (Retained)    ☒ Present

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

**JUDGMENT   [SENTENCE]**

☐ Defendant is placed on probation for a period of _____
  on Cts(s) _  ☐ with supervision  ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 27 Months on Cts(s) 1 of the indictment

☒ Supervised release term of 3 Years by law on Ct(s) 1

☒ Fine of $250 on Ct(s) 1         TOTAL FINE $250

☐ Restitution of N/A ordered pursuant to 1:3580

☒ Special Assessment of $100.00 pursuant to 18:3013 on Ct(s) 1

☒ On Motion of U.S. Atty: Ct(s) all remaining counts are dismissed.

☐ Order bond exonerated   ☒ Bond exonerated upon surrender to USM

☐ Dft advised of right to appeal  ☐ Appeal bond set at $_____

☒ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Addt'l conditions probation/supervised release: You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner. You shall cooperate in the collection of DNA as directed by the probation officer. You shall participate in a drug rehabilitation program as directed by the probation officer.

☒ Other: Defendant shall surrender to the USM on 4/29/05 at 10:00 a.m.

USA, PO, PSA, Counsel (Andrew Klausner)