# United States District Court
## District of Arizona

| ✓ FILED | ___ LODGED |
|---|---|
| ___ RECEIVED | ___ COPY |

JUL 26 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**WARRANT FOR ARREST**

United States of America
v.
**BRUCE DONAHUE**

CASE NUMBER : CR-04-1580-01-TUC-DCB(JCG)

BPV

To:    The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest    BRUCE DONAHUE

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court

☒ Violation Notice   ☐ Pretrial Release Violation Petition

charging him with (brief description of offense) violation of his conditions of supervised release imposed by this Court on March 29, 2005.

In violation of Title _____ United States Code, Section(s) _____

RICHARD H. WEARE
Name of Issuing Officer

*Schwader* (signature)
Signature of Issuing Officer

C. Schwader
(By) Deputy Clerk

CLERK
Title of Issuing Officer

July 9, 2007,    Tucson, Arizona
Date and Location

Bail fixed at $ __DEFT. TO BE HELD WITHOUT BOND__    By:    Hon. David C. Bury
United States District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| Date Received<br>7-10-07 | Name and Title of Arresting Officer<br>SUSPECT ARRESTED BY USMS<br>AND INITIALED ON 7-26-07<br>IN THE DISTRICT OF ARIZONA | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>7/25/07 | | |